UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his Guardian ad Litem, HENRY LEONARD; K.L., a minor, by and through her Guardian ad Litem, HENRY LEONARD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the CITY OF VALLEJO; BRIAN BATES, individually, and in his capacity as a police officer for the CITY OF VALLEJO; BOBBY KNIGHT, individually and in his capacity as a police officer for the CITY OF VALLEJO;<br><br>Defendants. / | Case No. 2:05 CV 00387 FCD DAD<br><br>**ORDER TO AMEND COMPLAINT AND RE-SET DATES**<br><br>**"AS MODIFIED"** |

FOR THE REASONS stated in the parties Stipulation filed February 27, 2006, the Court hereby grants the parties' Stipulation and orders that Plaintiffs shall file a First Amended Complaint in this matter to include HENRY LEONARD as a Plaintiff and factual allegations concerning Mr. LEONARD's causes of action within thirty (30) days of the issuance of this Order, and Defendants' shall file an answer to the First Amended complaint within twenty (20) days thereafter.

///

1    The Court further VACATES all the previously set deadlines in the Pretrial Scheduling Order
2 filed June 22, 2005, and hereby RESETS the new dates and deadlines as follows:
3    Jury Trial: June 5, 2007 at 9:00 a.m.
4    Pre-Trial Conference: March 23, 2007 at 2:30 p.m.
5    Deadline for Dispositive Motions to be heard by: January 12, 2007
6    Discovery Cut-Off: October 20, 2006
7    Designation of Expert Witnesses: August 28, 2006 and rebuttal experts by
8 September 18, 2006
9    **IT IS SO ORDERED.**
10
11    Dated: March 2, 2006
12
13                    /s/ Frank C. Damrell Jr.
                      U.S. DISTRICT COURT JUDGE
14