UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his Guardian ad Litem, HENRY LEONARD; K.L., a minor, by and through her Guardian ad Litem, HENRY LEONARD,<br><br>Plaintiffs,<br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually, and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police office for the City of Vallejo; and, DOES 1 thru 25, inclusive,<br><br>Defendants. | Case No. 2:05-CV-00387-FCD-DAD<br><br>**ORDER TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERTS** |

FOR THE REASONS stated in the parties' Stipulation, the Court hereby grants the parties' Stipulation and Orders that the exchange of expert reports occur not later than October 27, 2006.

**IT IS SO ORDERED.**

DATED: August 30, 2006          /s/ Frank C. Damrell Jr.
                                District Court Judge Frank C. Damrell, Jr.