FREDERICK G. SOLEY
City Attorney, SBN 100270
ALESIA JONES-MARTIN
Assistant City Attorney, SBN 154420
City of Vallejo, City Hall
555 Santa Clara Street, Third Floor
P. O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

MARK A. JONES, SBN 96494
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95814
Telephone:  (916) 552-5959
Fax: (916) 442-5959
**Attorneys for:   Defendants City of Vallejo, Robert Nichelini, Brian Bates
and Bobby Knight**

JOHN L. BURRIS, SBN 69888
BENJAMIN NISENBAUM, SBN #222173
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
510-839-5200
510-839-3882 (fax)
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive,<br><br>       Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.  2:05-CV-00387-FCD-DAD<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE** |

**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE
CASE NO. 2:05-CV-00387-FCD-DAD**

1    All parties to this action stipulate and agree, by and through their respective counsel, as

2    follows:

3    1.    By order dated March 2, 2006, the court vacated the deadlines set in the Pretrial

4    Scheduling Order filed June 22, 2005, ordered plaintiffs to file a first amended complaint and further

5    ordered defendants to file an answer to the first amended complaint.  The court scheduled new dates,

6    including a jury trial date of June 5, 2007 and a pretrial conference date of March 23, 2007.  The

7    court thereafter by minute order dated March 7, 2007 vacated the final pretrial conference set for

8    March 23, 2007 and re-set the conference for April 20, 2007 at 1:30 p.m.  Counsel for the City of

9    Vallejo has a preexisting conflict on April 20, 2007 that would preclude attendance at the final

10   pretrial conference as presently set by the court.

11   2.    Accordingly, the parties request that the court vacate the final pretrial conference set

12   for April 20, 2007 at 1:30 p.m. and re-set the final pretrial conference for May 18, 2007 at 1:30 p.m.

13   in Courtroom 2 before Judge Frank C. Damrell, Jr.  The joint pretrial statement shall be filed by

14   May 11, 2007.

15   Dated: _____3/27/07_____          JONES & DYER

16                                                By: _____/s/ Mark A. Jones_____
                                                    MARK A. JONES, Attorneys for
17                                                  Defendants City of Vallejo, Robert
                                                    Nichelini, Brian Bates and Bobby Knight
18

19   DATED: _____3/30/07_____          By: _____/s/  Alesia Jones-Martin_____
                                                    ALESIA JONES-MARTIN
20                                                  Assistant City Attorney
                                                    Attorney for Defendants City of Vallejo,
21                                                  Robert Nichelini, Brian Bates and Bobby
                                                    Knight
22

23   DATED: _____3/27/07_____          By: _____/s/ Benjamin Nisenbaum_____
24                                                  BENJAMIN NISENBAUM
                                                    Attorneys for Plaintiff
25

26

27

28

**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE**
**CASE NO. 2:05-CV-00387-FCD-DAD**

1

## <u>ORDER</u>

2          Pursuant to stipulation, and good cause appearing therefor, the final pretrial conference

3 presently set for April 20, 2007 at 1:30 p.m. is vacated and re-set for May 18, 2007 at 1:30 p.m. in

4 Courtroom 2 (FCD) before Judge Frank C. Damrell, Jr.  The joint pretrial statement shall be filed by

5 May 11, 2007.

6

DATE: April 5, 2007

7

8

9                                         _____
                                          FRANK C. DAMRELL, JR.
10                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE**
**CASE NO. 2:05-CV-00387-FCD-DAD**

G:\DOCS\FCD\orders to be signed\GARRETT-VALLEJO Stip pretrial conf.wpd                    -3-