1  FREDERICK G. SOLEY
   City Attorney, SBN 100270
2  ALESIA JONES-MARTIN
   Assistant City Attorney, SBN 154420
3  City of Vallejo, City Hall
   555 Santa Clara Street, Third Floor
4  P. O. Box 3068
   Vallejo, CA 94590
5  (707) 648-4545   FAX: (707) 648-4687

6  MARK A. JONES, SBN 96494
   JONES & DYER
7  A Professional Corporation
   1800 J Street
8  Sacramento, California 95814
   Telephone:  (916) 552-5959
9  Fax: (916) 442-5959
   **Attorneys for:    Defendants City of Vallejo, Robert Nichelini, Brian Bates**
10  **                 and Bobby Knight**

11
    JOHN L. BURRIS, SBN 69888
12 BENJAMIN NISENBAUM, SBN #222173
   Law Offices of John L. Burris
13 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
14 Oakland, CA 94621
   510-839-5200
15 510-839-3882 (fax)
   **Attorneys for Plaintiff**
16

17                        UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

19

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br>                                   Plaintiffs,<br>vs.<br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive,<br>                                   Defendants. | NO.  2:05-CV-00387-FCD-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)(ii); L.R. 83-143]** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO.  2:05-CV-00387-FCD-DAD**

G:\DOCS\FCD\orders to be signed\GARRETT-VALLEJO Stipulation and Proposed Order for dismissal.wpd     -1-

1  Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), provides that an action may be dismissed
2  by the plaintiff by filing a stipulation signed by all parties who have appeared in the action.  All
3  plaintiffs are represented by Benjamin Nisenbaum of the Law Offices of John L. Burris.  All named
4  defendants have appeared in this action and are represented by Mark A. Jones of the law firm of
5  Jones & Dyer and Alesia Jones-Martin, Assistant City Attorney for the City of Vallejo.

6  All parties to this matter, by and through their respective counsel of record, stipulate that an
7  order be issued by the court dismissing with prejudice the following individual plaintiffs' claims:

8  As to plaintiff Henry Leonard, the parties hereby stipulate to dismiss with prejudice causes
9  action contained within the First Amended Complaint, including the First, Second and Third Causes
10 of action (42 U.S.C. 1983) to the extent such causes of action are based upon alleged violations of
11 the Fifth and Ninth Amendments to the United States Constitution;

12 As to plaintiffs Georgia Mae Garrett, D.L., a minor by and through his Guardian ad Litem
13 Henry Leonard, and K.L., by and through her Guardian ad Litem Henry Leonard, the parties hereby
14 stipulate to dismiss with prejudice causes of action contained within the First Amended Complaint,
15 including the First, Second, and Third Causes of Action (42 U.S.C. 1983), the Fourth Cause of
16 Action (Assault and Battery), Fifth Cause of Action (False Arrest and Imprisonment), Sixth Cause of
17 Action (Intentional Infliction of Emotional Distress), Eighth and Ninth Causes of Action (Civil Code
18 sections 51.7 and 52.1), and Eleventh Cause of Action (Negligent Hiring, Retention, Training,
19 Supervision and Discipline);

20 It is further stipulated, as to plaintiffs D.L., a minor by and through his Guardian ad Litem
21 Henry Leonard, and K.L,. by and through her Guardian ad Litem Henry Leonard, the parties also
22 stipulate to dismiss with prejudice the Tenth Cause of Action (Negligence) from the First Amended
23 Complaint.

24 Dated:      May 29, 2007                    JONES & DYER

25
                                              By:      /s/ Mark A. Jones
26
                                              MARK A. JONES, Attorneys for
27                                            Defendants City of Vallejo, Robert
                                              Nichelini, Brian Bates and Bobby Knight
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO.  2:05-CV-00387-FCD-DAD**

1
2  DATED:  May 29, 2007                      By:   /s/ Alesia Jones-Martin
3                                                  ALESIA JONES-MARTIN
                                                   Assistant City Attorney
4                                                  Attorney for Defendants City of Vallejo,
                                                   Robert Nichelini, Brian Bates and Bobby
5                                                  Knight
6
7  DATED:  May 29, 2007                      By:   /s/ Benjamin Nisenbaum
                                                   BENJAMIN NISENBAUM
8                                                  Attorneys for Plaintiff
9
10                                **ORDER**
11
12     IT IS SO ORDERED.

DATED: May 31, 2007
13
14
15                                _____
16                                FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE
17
18