1  FREDERICK G. SOLEY
   City Attorney, SBN 100270
2  ALESIA JONES-MARTIN
   Assistant City Attorney, SBN 154420
3  City of Vallejo, City Hall
   555 Santa Clara Street, Third Floor
4  P. O. Box 3068
   Vallejo, CA 94590
5  (707) 648-4545   FAX: (707) 648-4687

6  MARK A. JONES, SBN 96494
   JONES & DYER
7  A Professional Corporation
   1800 J Street
8  Sacramento, California 95814
   Telephone: (916) 552-5959
9  Fax: (916) 442-5959
   **Attorneys for:   Defendants City of Vallejo, Robert Nichelini, Brian Bates**
10 **                 and Bobby Knight**

11

12 JOHN L. BURRIS, SBN 69888
   BENJAMIN NISENBAUM, SBN #222173
   Law Offices of John L. Burris
13 Airport Corporate Centre
   7677 Oakport Street, Suite 1120
14 Oakland, CA 94621
   510-839-5200
15 510-839-3882 (fax)
   **Attorneys for Plaintiff**

16

17                       UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

19

20 GEORGIA MAE GARRETT; D.L., a minor, by and   ) NO. 2:05-CV-00387-FCD-DAD
   through his guardian ad litem, HENRY         )
21 LEONARD; K.L., a minor, by and through her   ) **STIPULATION AND ORDER**
   guardian ad litem, HENRY LEONARD,            ) **CONTINUING TRIAL**
22                                Plaintiffs,   )
   vs.                                          )
23                                              )
   CITY OF VALLEJO, a municipal corporation;    )
24 ROBERT NICHELINI, in his capacity as Chief of)
   Police for the City of Vallejo; BRIAN BATES, )
25 individually and in his capacity as a police officer )
   for the City of Vallejo, BOBBY KNIGHT,       )
26 individually and in his capacity as a police officer )
   for the City of Vallejo; and DOES 1 through 25, )
27 inclusive,                                   )
                                 Defendants.    )
28 _____       )

                    **STIPULATION AND ORDER CONTINUING TRIAL**
                       **CASE NO. 2:05-CV-00387-FCD-DAD**

G:\DOCS\FCD\orders to be signed\GARRETT - VALLEJO Stip and Order re contining trial.wpd         -1-

1    All parties to this action stipulate and agree, by and through their respective counsel, as
2 follows:
3    1.    The court scheduled trial in this matter to commence January 29, 2007.  The pretrial
4 conference in this matter was completed and the court has filed and served its pretrial conference
5 order.
6    2.    The parties participated in a settlement conference with Hon. Judge Morrison
7 Englund on October 12, 2007.  The case did not settle at that time.  Defendant's counsel did not seek
8 a continuance of the trial date prior to the settlement conference in that settlement of the case would
9 have rendered the requested continuance moot.
10   3.    Trial counsel for defendant, Mark A. Jones, has a conflict with the presently
11 scheduled trial date due to a previous personal family commitment out of state. Defendant's trial
12 counsel would be unable to participate in trial given the prior personal commitment, and the parties
13 have agreed that a brief continuance of the trial date is appropriate.
14   Accordingly, the parties request that the court vacate the trial date set for January 29, 2007 at
15 9:00 a.m. and re-set the trial for April 15, 2007 at 9:00 a.m. before Judge Frank C. Damrell, Jr.
16
17 Dated:  October 22, 18, 2007

JONES & DYER

18
19                                                                          By:  /s/ Mark A. Jones
                                                                             MARK A. JONES, Attorneys for
                                                                             Defendants City of Vallejo, Robert
20                                                                           Nichelini, Brian Bates and Bobby Knight

21
   DATED:  October 22, 2007                                                  By:  /s/ Alesia Jones-Martin
22                                                                           ALESIA JONES-MARTIN
                                                                             Assistant City Attorney
23                                                                           Attorney for Defendants City of Vallejo,
                                                                             Robert Nichelini, Brian Bates and Bobby
24                                                                           Knight

25

26 DATED:  October 22, 2007                                                  By:  /s/ Benjamin Nisenbaum
                                                                             BENJAMIN NISENBAUM
27                                                                           Attorneys for Plaintiff

28

**STIPULATION AND ORDER CONTINUING TRIAL**
**CASE NO. 2:05-CV-00387-FCD-DAD**

1 **<u>ORDER</u>**

2   Pursuant to stipulation, and good cause appearing therefor, the trial date presently set for
3 January 29, 2008 is vacated and trial is re-set for April 15, 2008, at 9:00 a.m. in Courtroom 2 (FCD)
4 before Judge Frank C. Damrell, Jr.

5 DATE: October 23, 2007

8 FRANK C. DAMRELL, JR.
  UNITED STATES DISTRICT JUDGE