CLAUDIA QUINTANA
City Attorney, SBN 178613
Kelly J. Trujillo
Deputy City Attorney, SBN 244286
City of Vallejo, City Hall
555 Santa Clara Street, Third Floor
P. O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone:  (916) 552-5959
Fax: (916) 442-5959

Attorneys for   Defendants City of Vallejo, Robert Nichelini, Brian Bates and Bobby Knight

JOHN L. BURRIS, SBN 69888
BENJAMIN NISENBAUM, SBN 222173
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
510-839-5200
510-839-3882 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:05-CV-00387-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL**<br><br>**Current Pre-Trial Conf.:  February 19, 2015**<br>**Current Trial Date:  April 20, 2015** |

1

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The court scheduled trial in this matter to commence April 20, 2015 and the Pre-Trial Conference for February 19, 2015.

2. Trial counsel for plaintiff, Benjamin Nisenbaum, has a conflict with the presently scheduled trial date. Plaintiffs' trial counsel would be unable to participate given the conflict, and the parties have agreed that continuance of the trial date is appropriate.

Accordingly, the parties request that the court vacate the trial date set for April 20, 2015 and re-set trial for March 28, 2016 at 9:00 a.m. before Chief Judge Morrison C. England.

The parties further request that the court vacate the Pre-Trial Conference set for February 19, 2015 and re-set the Pre-Trial Conference for January 28, 2016 at 2:00 p.m.

DATE: February 6, 2015                    JONES & DYER

By: /s/ Kristen K. Preston
MARK A. JONES
KRISTEN K. PRESTON
Attorneys for Attorneys for Defendants
City of Vallejo, Robert Nichelini,
Brian Bates and Bobby Knight

DATE: February 6, 2015                    CITY ATTORNEY

By: /s/ Kelly Trujillo
CLAUDIA QUINTANA
KELLY J. TRUJILLO
Attorneys for Defendants
City of Vallejo, Robert Nichelini,
Brian Bates and Bobby Knight

DATE: February 6, 2015                    LAW OFFICES OF JOHN L. BURRIS

By: /s/ Benjamin Nisenbaum
BENJAMIN NISENBAUM
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL

**ORDER**

Pursuant to stipulation, and good cause appearing therefor, the trial date presently set for April 20, 2015 is vacated and trial is re-set for March 28, 2016, at 9:00 a.m. in Courtroom 7 (MCE) before Chief Judge Morrison C. England, Jr.  It is further ordered that the Pre-Trial Conference set for February 19, 2015 is also continued and rescheduled for January 28, 2016 at 2:00 p.m.

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT