UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGIA MAE GARRETT, | No. 2:05-cv-00387-MCE-KJN |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D.L., ET AL., | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED, on the Court's own motion, all outstanding motions in limine are VACATED, and the following briefing schedule is ordered.

Any evidentiary or procedural motions are to be filed by February 4, 2016.  Oppositions must be filed by February 11, 2016, and any reply must be filed by February 18, 2016.  The January 28, 2016, Final Pretrial Conference is vacated and continued to February 25, 2016, at 2:00 p.m., in courtroom 7. The Joint Final Pretrial Statement shall be filed not later than February 18, 2016, and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order (ECF No. 54).

///

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference and telephonic appearances for this hearing are not permitted.

The parties shall file trial briefs not later than February 18, 2016.  Counsel is directed to Local Rule 285 regarding the content of trial briefs.  The March 28, 2016, jury trial is confirmed.

IT IS SO ORDERED.

DATED: January 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT