CLAUDIA QUINTANA
City Attorney, SBN 178613
Kelly J. Trujillo
Deputy City Attorney, SBN 244286
City of Vallejo, City Hall
555 Santa Clara Street, Third Floor
P. O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone:  (916) 552-5959
Fax: (916) 442-5959

Attorneys for  Defendants City of Vallejo, Robert Nichelini, Brian Bates and Bobby Knight

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br><br>         Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No.: 2:05-cv-00387-MCE-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE**<br><br>**Pretrial Conference: February 25, 2016**<br><br>**Trial Date:  March 28, 2016**<br><br>**Judge:  Hon. Morrison C. England Courtroom 7** |

On January 15, 2016, the court issued an order continuing the Final Pretrial Conference to

---

1

STIPULATION AND ORDER

February 25, 2016 at 2:00 p.m. in Courtroom 7. (ECF 66.) Pursuant to the court's Pretrial Scheduling Order, the appearance of lead trial counsel at the Pretrial Conference is required. Lead trial counsel for defendants City of Vallejo, Brian Bates, and Bobby Knight, is unavailable to appear at the February 25, 2016 conference. Counsel for plaintiffs and defendants have met and conferred regarding a date upon which counsel are available for the pretrial conference.

IT IS HEREBY STIPULATED by and between the parties that lead trial counsel are available to appear for a pretrial conference on March 10, 2016 at 2:00 p.m. in Courtroom 7. On the basis of the parties' stipulation, the parties respectfully request that the court issue an order continuing the Final Pretrial Conference to this date and time.

DATE: January 25, 2016                    JONES & DYER

                                          By:   /s/ Mark A. Jones                    .
                                                MARK A. JONES
                                                Attorneys for Defendants
                                                City of Vallejo, Robert Nichelini,
                                                Brian Bates and Bobby Knight

DATE: January 25, 2016                    LAW OFFICE OF JOHN L. BURNS

                                          By:   /s/ Benjamin Nisenbaum
                                                BENJAMIN NISENBAUM
                                                Attorney for Plaintiffs
                                                Georgia Mae Garrett; et al.

**ORDER**

On the parties' stipulation and good cause appearing therefore, it is hereby ordered that the Final Pretrial Conference be continued March 10, 2016 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT