JOHN L. BURRIS, SBN 69888
BEN NISENBAUM, SBN 222173
Law Office of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882- Fax
John.Burris@JohnBurrisLaw.com
bnisenbaum@hotmail.com

Attorneys for Plaintiffs

CLAUDIA QUINTANA
City Attorney, SBN 178613
KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
City of Vallejo, City Hall
555 Santa Clara Street, Third Floor
P. O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone:  (916) 552-5959
Fax: (916) 442-5959

Attorneys for   Defendants City of Vallejo, Robert Nichelini,
Brian Bates and Bobby Knight

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and | Case No.: 2:05-CV-00387-MCE-DAD<br><br>**STIPULATION AND ORDER FOR REFERRAL TO JUDICIALLY-SUPERVISED SETTLEMENT CONFERENCE**<br><br>**Final Pre-Trial Conference:**<br>**March 10, 2016, 2:00 p.m.**<br>**Courtroom 7**<br><br>Hon. Morrison C. England |

| | |
|---|---|
| in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive, | **Trial: March 28, 2016** |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES to this action by and through their attorneys of record, that this matter be referred by the Court for a judicially-supervised settlement conference before Magistrate Judge Kendall J. Newman.

Dated: February 17, 2016                         LAW OFFICE OF JOHN L. BURRIS

                                             By:  /s/ BEN NISENBAUM                          .
                                                   BEN NISENBAUM
                                                   Attorneys for Plaintiffs

Dated: February 17, 2016                         JONES & DYER

                                             By:    /s/ KRISTEN K. PRESTON                     .
                                                  MARK A. JONES
                                                  KRISTEN K. PRESTON
                                                  Attorneys for Defendants City of Vallejo,
                                                  Robert Nichelini, Brian Bates and Bobby Knight

Dated: February 17, 2016                         VALLEJO CITY ATTORNEY

                                             By:    /s/ KELLY J. TRUJILLO                        .
                                                  CLAUDIA QUINTANA
                                                  KELLY J. TRUJILLO
                                                  Attorneys for Defendants City of Vallejo,
                                                  Robert Nichelini, Brian Bates and Bobby Knight

# ORDER

The Court having considered the parties' signed stipulation, and good cause appearing, IT IS HEREBY ORDERED that this matter be referred for a judicially-supervised settlement conference before Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT