CLAUDIA QUINTANA
City Attorney, SBN 178613
KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
City of Vallejo, City Hall
555 Santa Clara Street, Third Floor
P. O. Box 3068
Vallejo, CA 94590
(707) 648-4545   FAX: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone:  (916) 552-5959
Fax: (916) 442-5959

Attorneys for  Defendants City of Vallejo, Robert Nichelini, Brian Bates and Bobby Knight

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| GEORGIA MAE GARRETT; D.L., a minor, by and through his guardian ad litem, HENRY LEONARD; K.L., a minor, by and through her guardian ad litem, HENRY LEONARD,<br><br>       Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; ROBERT NICHELINI, in his capacity as Chief of Police for the City of Vallejo; BRIAN BATES, individually and in his capacity as a police officer for the City of Vallejo, BOBBY KNIGHT, individually and in his capacity as a police officer for the City of Vallejo; and DOES 1 through 25, inclusive,<br><br>       Defendants. | Case No.: 2:05-cv-00387-MCE-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY stipulated and agreed by and between all plaintiffs and defendants City of

Vallejo, Robert Nichelini, Brian Bates, and Bobby Knight by ad through their undersigned counsel, that the complaint 2:05-CV-00387-MCE-DAD filed herein be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), each party to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | JONES & DYER |
| DATE: March 28, 2016 | By:   /s/ Kristen K. Preston   .<br>MARK A. JONES<br>KRISTEN K. PRESTON<br>Attorneys for Defendants<br>City of Vallejo, Robert Nichelini,<br>Brian Bates and Bobby Knight |
|  | VALLEJO CITY ATTORNEY |
| DATE: March 28, 2016 | By:   /s/ Claudia Quintana   <br>CLAUDIA QUINTANA<br>KELLY J. TRUJILLO<br>Attorneys for Defendants City of<br>Vallejo, Robert Nichelini<br>Brian Bates and Bobby Knight |
| DATE: March_28, 2016 | LAW OFFICE OF JOHN L. BURRIS |
|  | By:   /s/ Ben Nisenbaum   <br>BEN NISENBAUM<br>Attorneys for Plaintiffs |

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice, each side to bear their own attorney's fees and costs. This matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT